IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-CR-00434-M-12

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KEVIN ROBERSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on Defendant's motion to seal [DE 797]. Pursuant to Local Criminal Rule 55.2(a) and for the reasons set forth in DE 796, the Defendant's motion is GRANTED. The Clerk of the Court is directed to maintain the document at DE 796 under seal until further order of the Court. In addition, the Clerk shall provide copies of this order to the parties' counsel.

SO ORDERED this  8th  day of June, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE