IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-CR-00434-M-12

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| KEVIN ROBERSON, | ) | |
| Defendant. | ) | |

This matter comes before the court on Defendant's third Consent Motion to Extend BOP Reporting Date [DE 825]. For good cause shown, the motion is GRANTED. No later than February 1, 2024, Defendant shall report for service of his sentence at the location provided by the United States Marshal. Defendant's conditions of release previously ordered continue to apply. Any failure by Defendant to report for service of his sentence is a criminal offense.

SO ORDERED this 28th day of September, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE